UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ESTATE OF LEONARD E. GILBERT
MELCENIA GILBERT, ADMINISTRATRIX                                              PLAINTIFF

v.                                                                        CIVIL ACTION NO. 3:11cv624-DPJ-FKB

UNITED STATES OF AMERICA                                                      DEFENDANT

ORDER TO SHOW CAUSE

This matter is before the Court for consideration of Defendant United States of America's Motion for Summary Judgment [29] filed November 20, 2012. To date, Plaintiff has neither responded nor requested additional time in which to respond. Additionally, Plaintiff has not responded to the Court's January 2, 2013 Order to Show Cause [31].

Therefore, the Court orders that by February 1, 2013, Plaintiff shall either respond to the motion or advise the Court that she intends to confess the motion. Failure to timely respond to this order may result in an order granting the motion.

**SO ORDERED AND ADJUDGED** this the 25th day of January, 2013.

*s/ Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE